IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2023 JUL 28  P 12: 07

NOOR MOODNEY

Plaintiff,

SARAH ADELMAN et al.,

Defendants.

CIVIL ACTION NO. 2:20-CV-14983-CCC-MF

USDJ Claire Checci

USMJ Michael Hammer

## MOTION FOR SANCTIONS AND REQUEST FOR AN ORAL ARGUMENT

I'm the Plaintiff in the above captioned matter. On or about October 31st 2022, I served Defendants with 25 interrogatories in accordance with Rule 26, but they failed to sufficiently respond to them. On or about April 3rd 2023 I raised this issue before Honorable judge Michael Hammer. On or about April 6th 2023, he issued an order directing Defendants to respond on or before May 10th 2023 (ECF.NO.94) ommitting to address several interrogatories that were excluded from the court's opinion despite the fact that these interrogatories are highly important and significant to this litigation. Since the interrogatories were in the scope of

Rule 26, on or April 12th 2023, I requested from the court to amend that order by issuing a supplemental order but Honorable Judge Hammer denied my request without providing any reason and directed the parties to meet and confer concerning these interrogatories in several text orders. Despite the fact that responding to my interrogatories under Rule 26 is a matter of law, I contacted Defendants' counsels and offered to them to meet and confer in person concerning these interrogatories and other discovery disputes but they refused to. DAG Cascio made it clear that he preferred to communicate via e-mails, I respected his choice and sent to him several emails concerning the core interrogatory, (Interrogatory number 15) which provides "**Has the State Licensing Agency afforded Plaintiff any Full Evidentiary Hearing after the date of November 2nd 2018? Attach opinions**", I needed a clear response in order to go over the rest of the other disputes but Defendants have not responded. This interrogatory is the key of this case, since I alleged in my complaint that Defendants deprived me my right to access the courts by failure to afford me a Full Evidentiary Hearing pursuant to Section 107B-6, they shall have responded with a simple answer: Yes or No. Obviously, Defendants don't want to respond positively because they are already required to explain this answer by providing supporting documents which I'm confident they don't have. On the other hand, they don't want to respond negatively because they have been misleadingly filing motions to dismiss, and each motion has conflicting facts and arguments. Defendants are not able to respond to a simple interrogatory despite they received my interrogatories and requests of production on October of last year. It has been Nine months and Defendants have been unable to answer a single question. All what they do, and in bad faith, is writing to judges letters requesting more time to answer simple questions. Defendants through their counsels provided to me conflicting

and unclear responses concerning this interrogatory, they have refused to answer that question clearly, remove ambiguity and take a clear position in this litigation. Defendants have acted in contempt of court and obstructed justice accordingly by failure to answer this core interrogatory. I offered to meet in person with Defendants' attorneys in the fifth floor of this building as Honorable Judge Hammer Previously suggested but they refused to, and I also sent them emails as per their request but I have not received any clear response to the interrogatory number 15. Defendants are using these manipulations in order to waste my time and request another extension of time of fact discovery. All my attempts to resolve this matter without a direct involvement of the court were fruitless. As a result, Deffendants have been uncooperative and intentionally have refused to obey the federal court orders and Rule 26. Defendants know the exact answer to that interrogatory but they intentionally refuse to take a position in order to pertituate discrimination against me and cause more damages to me personally and to my family and therefore obstruct justice. This court shall not continue tolerating such unreasonable actions because this case is four years old now and delaying justice is denial justice.

**WHEREFORE**, I request this court to put appropriate sanctions against Defendants pursuant to Fed. R. Civ. P. 37 and other relative rules and any appropriate relieves may court deem just and fair.

*[signature]*

Submitted by Noor Moodney                                             Dated July 28th 2023

Noor Moodney

67 Levine Street

Paterson NJ-07503

Moodneynoor@gmail.com